UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHAEL MILES, Individually,

    Plaintiff,

vs.

Case No.  1:12-cv-1320

TC HOTEL, LLC, an Ohio Limited Liability Company,

And

VS TRAVERSE CITY REAL ESTATE HOLDINGS, LLC, a Delaware Limited Liability Company,

Magistrate Judge Ellen S. Carmody

    Defendant.
_____/

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Stanley H. Pitts (P33519) |
| OH Bar Number 0074743 | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| LAW OFFICE OF OWEN B. DUNN, JR. | Attorneys for Defendant VS Traverse City Real Estate Holdings, LLC |
| Attorneys for Plaintiff | |
| 520 Madison Ave., Ste. 330 | 2290 First National Building |
| Toledo, OH  43604 | 660 Woodward Avenue |
| (419) 241-9661 | Detroit, Michigan  48226-3506 |
| (419) 241-9661 – Phone | (313) 465-7516 – Phone |
| (419) 241-9737 – Facsimile | (313) 465-7517 – Facsimile |
| dunnlawoffice@sbcglobal.net | spitts@honigman.com |

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    The parties, having entered into a Settlement Agreement and Release providing for the entry of this Order, stipulate to the entry of this Order through their respective counsel,

    IT IS ORDERED that the above-captioned case be dismissed with prejudice and without costs, interest or attorneys' fees to any party.

12698970.1

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Settlement Agreement and Release.

This Order administratively closes this case, subject to the Court's continuing jurisdiction.

                                              /s/ Ellen S. Carmody
                                              ELLEN S. CARMODY
                                              U.S. Magistrate Judge

DATED:   June 18  , 2013.

APPROVED AS TO FORM AND SUBSTANCE:

LAW OFFICE OF OWEN B. DUNN, JR.
Attorneys for Plaintiff


By: /s/ Owen B. Dunn, Jr. (w/permission)
     Owen B. Dunn, Jr. (P66315)
     OH Bar Number 0074743
520 Madison Ave., Ste. 330
Toledo, OH 43604
(419) 241-9661
(419) 241-9661 – Phone
(419) 241-9737 – Facsimile
dunnlawoffice@sbcglobal.net


HONIGMAN MILLER SCHWARTZ AND COHN LLP


By: /s/ Stanley H. Pitts
     Stanley H. Pitts (P33519)
Attorneys for Defendant
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7516 – Phone
(313) 465-7517 - Facsimile
spitts@honigman.com

12698970.1